UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 15-31488 |
| RAYMOND ROMSDAHL AND TAMMY ROMSDAHL, | Chapter: | 7 |
| | Judge: | MBK |

## NOTICE OF PROPOSED ABANDONMENT

Bunce D. Atkinson, Trustee is in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below no later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on

November 14, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no.8. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 21 Swan Street, Lambertville, NJ 08530 ($288,900.00)

3756 Genesee Drive, Philadelphia, PA 19154 ($154,800.00)

Amount of equity claimed as exempt: Wells Fargo Home Mortgage-Written Correspondence Resolutions, Mac#X2302-04e, PO Box 10335, Des Moines, IA 50306 ($282,320.00)
American Trading Company c/o/ Lenox et al., PO Box 6448, Lawrence Township, NJ 08648 ($4,733.82)

Citifinancial-PO Box 70919, Charlotte, NC 28272 ($13,834.45)
Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618 ($112,757.00)

Liens of property: $1,846.18

$14,104.28

Objections must be served on, and requests for additional information directed to:

Name:        Bunce D. Atkinson, Esq.

Address:     PO Box 8415, Red Bank, NJ 07701

Telephone No.: 732-530-5300