UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 15-31488 |
| RAYMOND ROMSDAHL AND TAMMY ROMSDAHL, | | Chapter: | 7 |
| | | Judge: | MBK |

## NOTICE OF PROPOSED ABANDONMENT

Bunce D. Atkinson, Trustee is in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below no later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on

November 14, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no.8. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: 21 Swan Street, Lambertville, NJ 08530 ($288,900.00) |
|---|
| 3756 Genesee Drive, Philadelphia, PA 19154  ($154,800.00) |

| Amount of equity claimed as exempt: Wells Fargo Home Mortgage-Written Correspondence Resolutions, Mac#X2302-04e, PO Box 10335, Des Moines, IA 50306 ($282,320.00)<br>American Trading Company c/o/ Lenox et al., PO Box 6448, Lawrence Township, NJ 08648 ($4,733.82)<br><br>Citifinancial-PO Box 70919, Charlotte, NC 28272 ($13,834.45)<br>Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618 ($112,757.00) |
|---|

| Liens of property: $1,846.18<br>              $14,104.28 |
|---|

Objections must be served on, and requests for additional information directed to:

Name:          Bunce D. Atkinson, Esq.

Address:       PO Box 8415, Red Bank, NJ 07701

Telephone No.:  732-530-5300

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-31488-MBK
Raymond Romsdahl                                                    Chapter 7
Tammy Romsdahl
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Oct 12, 2016
                              Form ID: pdf905          Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
```
db/jdb         #+Raymond Romsdahl,    Tammy Romsdahl,    21 Swan Street,    Lambertville, NJ 08530-1019
cr              +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr              +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                  Mt. Laurel, NJ 08054-3437
515851364       +A-1 Collection Agency,    101 Grovers Mill R,    Lawrenceville, NJ 08648-4706
515888193      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
                  PO Box 183853,    Arlington, TX 76096)
515851365       +Advanced Obstetrics and gynceology llc,    PO Box 2470,    Flemington, NJ 08822-2470
515851367       +Allied Interstate,    3000 Corporate exchange Drive,    5th Floor,    Columbus, OH 43231-7689
515851371       +Americredit,    Po Box 181145,    Arlington, TX 76096-1145
515851383        CBCS,    po bOX 163250,    Columbus, OH 43216-3250
515851377        Capital Health Advanced Imaging,    PO Box 371863,    Pittsburgh, PA 15250-7863
515851379       +Capital Health Stroke and Cerebrovascula,    1 Capital Way Pennington,
                  Pennington, NJ 08534-2520
515851380       +Capital Health System,    750 Brunswick Avenue,    Trenton, NJ 08638-4143
515851382       +Capital One,    Pob 30281,    Salt Lake City, UT 84130-0281
515851381       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515851378        Capital health advanced imaging,    PO Box 3246,    Indianapolis, IN 46206-3246
515851385       +CitiFinancial,    PO Box 70919,    Charlotte, NC 28272-0919
515851386        Cnetral jersey adjuster corporation,    PO Box 189,    Fanwood, NJ 07023-0189
515851387       +Cntl Jer Adj,    141 South Ave,    Fanwood, NJ 07023-1224
515851388       +Comcast,    100 Randolph Road,    Somerset, NJ 08873-1384
515851389       +Convergent,    PO Box 1022,    Wixom, MI 48393-1022
515851391       +Crystal Bond,    566 S Bethlehem Pike,    Fort Washington, PA 19034-2108
515851395       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
515851392       +Elizabethtown Gas,    PO Box 4569,    Atlanta, GA 30302-4569
515851393       +Emergency Medical Associates,    PO Box 717,    Livingston, NJ 07039-0717
515851394       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
515851396        Family Dermatology of Penn Patient,    PO Box 933743,    Atlanta, GA 31193-3743
515851398       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
515851397       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
515851401       +Glenn Ross, Esq.,    566 S. Bethlehem Pike,    Fort Washington, PA 19034-2108
515851407       #+HSBC,    PO Box 5226,    Carol Stream, IL 60197-5226
515851403       +Hamilton dental assoc,    2929 klockner road,    Trenton, NJ 08690-2809
515851404        Health port,    PO Box 409900,    Atlanta, GA 30384-9900
515851405        Heart care specialists,    PO Box 8500-1097,    Philadelphia, PA 19178-1097
515851406       +Heath's Service Inc,    83 Bridge Street,    Lambertville, NJ 08530-2199
515851408       +Hunterdon Medical Center,    1 Wescott Drive,    Flemington, NJ 08822-4655
515851409       +Hunterdon Pathology,    PO Box 49,    Pittsburgh, PA 15230-0049
515851410        Hunterdon pediatric assoc,    3 Minneakoning road,    Flemington, NJ 08822-5726
515851413        Labratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
515851415        Lambertville New Hope Ambulance and Resc,    PO Box 207,    New York, NY 10105-0207
515851416       +Law Office of William J. Goldman, PC,    90 East State Street,    PO Box 1989,
                  Doylestown, PA 18901-0607
515851417       +Leichter MD FACC FAAP,    3920 Bee Ridge,    Sarasota, FL 34233-1207
515851418       +Lenox, Socey, et al,    PO box 6448,    Lawrence Township, NJ 08648-0448
515851419       +Lyons, Doughty & Veldhuis, PC,    136 Gaither Dr., Suite 100,    Mount Laurel, NJ 08054-2239
515851422        MPADV,    4641 Roosevelt Blvd.,    Philadelphia, PA 19124-2343
515851421       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
515851420        Midland Funding,    2635 Northside Dr Ste 300,    San Diego, CA 92108
515851424        Neural watch llc,    812 Avis drive,    Ann Arbor, MI 48108-9649
515851425       +New Jersey Turnpike Authority,    Admin Building-581 Main Street,    PO Box 5042,
                  Woodbridge, NJ 07095-5042
515851426       +Nichter, PC,    44 South Broadway,    White Plains, NY 10601-4425
515851427        Northeast Gastro Assoc,    2000 Grant Avenue,    Suite 103,    Philadelphia, PA 19115-4378
515851428       +Phillips Barber Family Health Center,    3 Minneakoning Road,    Flemington, NJ 08822-5726
515851431       +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
515851432        Quality Asset recovery llc,    PO Box 239,    Gibbsboro, NJ 08026-0239
515851433        Quest Diagnostics,    P. O. Box 740781,    Cincinnati, OH 45274-0781
515851437       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
515851439       +Savit Coll,    46 W Ferris St,    East Brunswick, NJ 08816-2159
515851438       +Savit Coll,    Po Box 250,    East Brunswick, NJ 08816-0250
515851440       +Stephens and Michaels,    PO BOX 109,    Salem, NH 03079-0109
515851441        Stroke and Cerebrovascular Center of NJ,    PO Box 8500-8587,    Philadelphia, PA 19178-8587
515851444       +Weinberger Law Group LLC,    83 South Street Suite 201,    Freehold, NJ 07728-2375
515851446       +Wells Fargo Home Mortgage,    Po Box 10335,    Des Moines, IA 50306-0335
515851445       +Wells Fargo Home Mortgage,    Written Correspondence Resolutions,
                  Mac # X 2302-04e  Po Box 10335,    Des Moines, IA 50306-0335
```

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Oct 12, 2016
                              Form ID: pdf905          Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2016 23:14:23      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2016 23:14:21       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515851363       +E-mail/Text: bk.notices@a1collectionagency.com Oct 12 2016 23:14:45       A-1 Collection Agency,
                  715 Horizon Drive,    Grand Junction, CO 81506-8700
515851366       +E-mail/Text: EBNProcessing@afni.com Oct 12 2016 23:14:28      Afni, Inc.,    404 Brock Drive,
                  PO Box 3517,    Bloomington, IL 61702-3517
515851369       +E-mail/Text: lshields@trafgroup.org Oct 12 2016 23:14:26      American Trading Company,
                  c/o Lenox et. al.,    PO Box 6448,    Lawrence Township, NJ 08648-0448
515851373       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 12 2016 23:14:17       Asset Acceptance,
                  Po Box 1630,    Warren, MI 48090-1630
515851372       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 12 2016 23:14:17       Asset Acceptance,
                  Attn: Bankrupcy Dept,    Po Box 2036,    Warren, MI 48090-2036
515851374       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 12 2016 23:14:17       Asset Acceptance LLC,
                  PO Box 2036,    Warren, MI 48090-2036
515851376       +E-mail/Text: banko@berkscredit.com Oct 12 2016 23:14:03      Berks Credit & Collections,
                  900 Corporate Dr,    Reading, PA 19605-3340
515851375       +E-mail/Text: banko@berkscredit.com Oct 12 2016 23:14:03      Berks Credit & Collections,
                  Po Box 329,    Attn: Bankruptcy,    Temple, PA 19560-0329
515851384       +E-mail/Text: bankruptcy@certifiedcollection.com Oct 12 2016 23:14:12
                  Certified Credit and Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
515851390       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 12 2016 23:15:05
                  Credit Collection Services,    Two Wells Avenue, Dept. 587,    Newton Center, MA 02459-3225
515851399        E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2016 23:06:07      GE Money Bank,    PO Box 960061,
                  Orlando, FL 32896-0061
515851400        E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2016 23:06:06      GE Money Bank- Sleepys,
                  PO Box 960061,    Orlando, FL 32896-0061
515851403       +E-mail/Text: jessicajones@cpcrecovery.com Oct 12 2016 23:14:48       Haster Law Office, PA,
                  6640 Shady Oak Road,    Suite 340,    Eden Prairie, MN 55344-7720
515851411       +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Oct 12 2016 23:15:07
                  Hunterdon Radiology / Imaging Assoc. PA,    PO Box 5388,    Clinton, NJ 08809-0388
515851412        E-mail/Text: bankruptcy@icsystem.com Oct 12 2016 23:14:49      IC System, Inc.,
                  444 Highway 96 East,    P. O. Box 64437,    Saint Paul, MN 55164-0437
515851414       +E-mail/Text: mege@lambertvillemua.com Oct 12 2016 23:14:52
                  Lambertville Municipal Utilities Authori,    PO Box 300,    Lambertville, NJ 08530-0300
515851423       +E-mail/Text: bankruptcydepartment@tsico.com Oct 12 2016 23:14:56       NCO Financial Services,
                  2360 Campbell Creek, Ste 500,    Richardson, TX 75082-4453
515851429       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2016 23:05:55
                  Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
515851430       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2016 23:05:33
                  Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
515851436       +E-mail/Text: bkrpt@retrievalmasters.com Oct 12 2016 23:14:20      RMCB,    4 Westchester Plaza,
                  Suite 110,    Elmsford, NY 10523-3835
515851434       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 12 2016 23:12:00      Regional Acceptance Co,
                  621 W Newport Pike,    Wilmington, DE 19804-3235
515851435       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 12 2016 23:12:00      Regional Acceptance Corporation,
                  621 West Newport Pike,    P. O. Box 3151,    Wilmington, DE 19804-0151
515912268        E-mail/Text: appebnmailbox@sprint.com Oct 12 2016 23:14:18      Sprint Corp.,
                  Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515851370*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit,     Po Box 183853,    Arlington, TX 76096)
515851368      ##+Alpha Dermatology of PA,    817 Lawn avenue suite d,    Sellersville, PA 18960-1579
515851442      ##+Transworld System Inc/,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
515851443      ##+Vision Financial Corporation,    PO Box 460260,    Saint Louis, MO 63146-7260
                                                                                              TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Oct 12, 2016
                              Form ID: pdf905          Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2016 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Philip Schneider     on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Kirsten B. Ennis    on behalf of Joint Debtor Tammy  Romsdahl pacerecf@ennislegal.com
          Kirsten B. Ennis    on behalf of Debtor Raymond  Romsdahl pacerecf@ennislegal.com
                                                                                             TOTAL: 7
```