Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.:  15–31488–MBK
                         Chapter:  7
                         Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Raymond Romsdahl<br>21 Swan Street<br>Lambertville, NJ 08530 | Tammy Romsdahl<br>aka Tammy Trovato<br>21 Swan Street<br>Lambertville, NJ 08530 |
| Social Security No.:<br>  xxx–xx–9662 | xxx–xx–1420 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 29, 2016</u>            <u>Michael B. Kaplan</u>
                                          Judge, United States Bankruptcy Court